THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 239(d)(2), SCACR.

 
 
 
 THE
 STATE OF
 
 SOUTH CAROLINA
 In
 The Court of Appeals
 South Carolina Department of Social
 Services, Respondent,
 v.
 Jessie W. and T.B., Defendants, of whom
 Jessie W. is Appellant.
 
 
 

In the Interests of N. B-W., DOB 5/27/92, and C. B-W., DOB
 3/22/91, Minor Children under the Age of 18.

Appeal from
 
 
 Sumter
 
 County
 W. Jeffrey Young, Family
 Court Judge
Unpublished Opinion No. 2008-UP-295
Submitted June 1, 2008  Filed June 5, 2008    
AFFIRMED

 
 
 
 Charles Thomas Brooks, of
 
 Sumter,
 for Appellant.
 Deborah T. Nielsen, of
 
 Sumter,
 for Respondent.
 Lauren Boswell Stevens, of
 
 Sumter;
 for Guardian Ad Litem.
 
 
 

PER CURIAM: Jessie W. appeals a family court order issued subsequent to a
 merits hearing.  After a
 thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381
 (1987) and SCDSS v. Frederick Downer, Sr., S.C.Sup.Ct. Order dated February 2, 2005 (expanding the procedure
 set forth in Cauthen to situations where an
 indigent person appeals from an order imposing other measures short of
 termination of parental rights, such as removal, based on child abuse and
 neglect), we
 affirm[1] the family courts ruling
 and grant counsels petition to be relieved.
AFFIRMED.

 HEARN, C.J., and SHORT, J., and
 KONDUROS, J., concur.

[1] We decide this case without
 oral argument pursuant to Rule 215, SCACR.